IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: Shendale Russell,                             Chapter: 13
           Debtor.                               Case Number: 16-32641

## MOTION TO LIFT CO-DEBTOR STAY

COMES NOW Bond, James Bond, a Creditor in the above case, and moves the Court to enter an Order lifting the co-Debtor Stay as it applies to Marcus Covington, Tomekia Johnson, Randy Glover, and Marilyn Alexander, and states as grounds that Marcus Covington, Tomekia Johnson, Randy Glover, and Marilyn Alexander and the Debtor co-signed a contract in favor of Bond, James Bond, and the Debtor has not elected to protect the co-Debtors and pay the debt in full in the above Chapter 13 case. Therefore, to the extent the debt is not being paid in full by the Debtor, the Creditor requests that the co-Debtor Stay be lifted so the Creditor can collect the debt from Marcus Covington, Tomekia Johnson, Randy Glover, and Marilyn Alexander, the co-Debtors.

                                                 /s/ Richard C. Dean, Jr.
                                                Attorney for Bond, James Bond

OF COUNSEL:
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
BTB

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case:

Shendale Russell                                   Richard D. Shinbaum, Esq.
801 Byne Drive                                       P.O. Box 201
Montgomery, AL 36111                        Montgomery, AL 36101-0201

Sabrina L. Mckinney, Esq. [Acting]
P.O. Box 173
Montgomery, AL 36101

                                                 /s/ Richard C. Dean, Jr.
                                                Of Counsel