# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SHENDALE VANESSA RUSSELL
SSAN: XXX-XX-6493

Debtor(s)

Case No. 16-32641-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 21, 2016.

2. The debtor(s) §341 Meeting of Creditors was held November 03, 2016.

3. The debtor(s) overall pay record is 75%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

        Creditor: TITLE MAX OF ALABAMA
        Trustee's Claim Number: 20
        Account Number: 6493 1999 HONDA PASSPORT / NO PROV
        Claim Amount: $947.17
        Court Claim Number: 2
        Claim Filed As: SECURED

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 16, 2016.

Sabrina L. McKinney  
Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*
    Tina J. Hayes
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 16, 2016.

Copy to: DEBTOR(S)
         RICHARD D SHINBAUM

/s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney