IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>SHENDALE VANESSA RUSSELL<br>SSAN: XXX-XX-6493<br><br><br><br>Debtor(s) | Case No. 16-32641-DHW<br>Chapter 13 |

### TRUSTEE'S MOTION TO EXAMINE DEBTOR(S) TRANSACTIONS WITH ATTORNEY AND TO EXAMINE ATTORNEY FEES

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §329 and Rule 2017 Federal Bankruptcy Rules of Procedure respectfully moves this Honorable Court to examine the debtor's transactions with attorney and to examine attorney's fees and as grounds, states as follows:

1. The debtor's Chapter 13 Plan was filed September 21, 2016.

2. The debtor's §341 Meeting of Creditors was held November 03, 2016.

3. At the §341 Meeting of Creditors, the Trustee advised the debtor's attorney that the following items needed to be addressed before the case could be recommended for confirmation:

    a. TAX RETURNS.

4. To date the debtor's attorney has taken no action to resolve the issues with the debtor's plan.

5. The Trustee filed an objection to confirmation of the debtor's plan due to the issues listed above.

6. The inaction of the debtor and/or attorney has caused delays in this case, which could be prejudicial to the debtor and the debtor's creditors.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to examine the debtor's transactions with this attorney and to examine the fees being paid to the attorney in this case.

Respectfully submitted this November 17, 2016.

        Sabrina L. McKinney
        Acting Chapter 13 Trustee

By: /s/ *Tina J. Hayes*
     Tina J. Hayes
     Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com
Email: 13trustee@ch13mdal.com


SHENDALE VANESSA RUSSELL
801 BYNE DR
MONTGOMERY , AL 36111

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES on the parties listed below by either placing the same in the United States Mail, postage prepaid and properly addressed or by electronic mail, this date November 17, 2016.

Copy to: DEBTOR(S)  
           RICHARD D SHINBAUM

/s/ *Tina J. Hayes*  
Tina J. Hayes  
Staff Attorney

SHENDALE VANESSA RUSSELL  
801 BYNE DR  
MONTGOMERY , AL 36111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SHENDALE VANESSA RUSSELL
SSAN: XXX-XX-6493

Debtor(s)

Case No. 16-32641-DHW
Chapter 13

### TRUSTEE'S MOTION TO EXAMINE DEBTOR(S) TRANSACTIONS WITH ATTORNEY AND TO EXAMINE ATTORNEY FEES

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §329 and Rule 2017 Federal Bankruptcy Rules of Procedure respectfully moves this Honorable Court to examine the debtor's transactions with attorney and to examine attorney's fees and as grounds, states as follows:

1. The debtor's Chapter 13 Plan was filed September 21, 2016.

2. The debtor's §341 Meeting of Creditors was held November 03, 2016.

3. At the §341 Meeting of Creditors, the Trustee advised the debtor's attorney that the following items needed to be addressed before the case could be recommended for confirmation:

   a. TAX RETURNS.

4. To date the debtor's attorney has taken no action to resolve the issues with the debtor's plan.

5. The Trustee filed an objection to confirmation of the debtor's plan due to the issues listed above.

6. The inaction of the debtor and/or attorney has caused delays in this case, which could be prejudicial to the debtor and the debtor's creditors.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to examine the debtor's transactions with this attorney and to examine the fees being paid to the attorney in this case.

Respectfully submitted this November 17, 2016.

Sabrina L. McKinney
Acting Chapter 13 Trustee

By: /s/ *Tina J. Hayes*
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com
Email: 13trustee@ch13mdal.com

RICHARD D SHINBAUM
ATTORNEY AT LAW
P O BOX 201
MONTGOMERY , AL 36101-0201

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES on the parties listed below by either placing the same in the United States Mail, postage prepaid and properly addressed or by electronic mail, this date November 17, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>          RICHARD D SHINBAUM | /s/ *Tina J. Hayes*<br>Tina J. Hayes<br>Staff Attorney |

RICHARD D SHINBAUM
ATTORNEY AT LAW
P O BOX 201
MONTGOMERY , AL 36101-0201